IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA MURRAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHILDREN'S HOSPITAL OF PHILADELPHIA | : | NO. 20-6292 |

## **ORDER**

AND NOW, this 21st day of December 2021, consistent with the Stipulation of Dismissal with Prejudice entered by counsel (Doc. 30), IT IS HEREBY ORDERED that the case is DISMISSED. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.